### India Rubber Tire Company, Appellant, v. Thomas F. Foy et al., Appellees.

### Gen. No. 23,488. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FRED-ERICK A. SMITH, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed January 28, 1918. Rehearing denied February 11, 1918.

### Statement of the Case.

Bill by India Rubber Tire Company, complainant, against Thomas F. Foy, Robert L. Stephens and John E. Traeger, as sheriff, defendants, to enjoin proceedings under an execution. From a decree dissolving a temporary injunction for want of equity, complainant appeals.

JOHN A. BLOOMINGSTON, for appellant.

N. A. PARTRIDGE, for appellees.

MR. JUSTICE McSURELY delivered the opinion of the court.

India Rubber Tire Co. v. Foy, 209 Ill. App. 321.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 309*—*when appeal lies from order dissolving temporary injunction.* An appeal lies from an order dissolving a temporary injunction where the only relief prayed for in the bill is to enjoin proceedings under an execution and the order dissolving the injunction is for want of equity appearing on the face of the bill.

2. INJUNCTION—*when bill to stay proceedings at law dismissed as without equity.* A bill setting forth that complainant, after praying appeal to the Appellate Court and filing appeal bond and bill of exceptions in a certain action at law in which judgment had been entered against complainant, had made settlement in full for the judgment with the judgment creditor and had so notified the latter's attorney in the action; that the latter had refused to accept a certain tender as his fees in the action, and demanded a larger sum based on a notice of attorney's lien which had been served upon complainant prior to complainant's settlement with the judgment creditor; that the attorney, knowing of the settlement, filed a short record in the Appellate Court, and, after notice to complainant, procured from the Appellate Court a dismissal of complainant's appeal and assessment of damages against complainant on which judgment of the Appellate Court execution issued and was served on complainant, and that the Appellate Court had refused to grant complainant relief; that the judgment creditor was insolvent, and that irreparable injury would be done complainant if the execution should be levied and complainant's property sold thereunder, *held* to have been properly dismissed for want of equity on dissolution of a temporary injunction granted thereon.

*See **Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly,** same topic and section number.